UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BOUSTEAD SECURITIES LLC,

    Petitioner,

v.    Case No: 8:22-cv-1329-CEH-CPT

UNATION, INC.,

    Respondent.
_____

## FINAL JUDGMENT

This matter is before the Court on Petitioner Boustead Securities LLC's Petition to Confirm Arbitration Award and Incorporated Memorandum of Law (Doc. 1). The Court, after reviewing the Petition and Respondent UNation, Inc.'s Answer (Doc. 12), granted the Petition and confirmed the Award entered in favor of Boustead. Doc. 13. Pursuant to the award (Doc. 1-2), as confirmed by the Court, it is hereby

**ORDERED** and **ADJUDGED** that:

1) The Arbitration Award (Doc. 1-2) issued by a single-member panel of the Judicial Arbitration and Mediation Services ("JAMS") on October 26, 2021, which includes a monetary award to Boustead to be paid by UNation in the amount of $669,684.33, plus 8% annual pre-award and post-award interest from August 16, 2019, and an award of warrants to be issued by UNation to Boustead in the amount of 112,236 warrants for shares at $6.00 per share and 138,141 warrants for shares at $2.00 per share is confirmed in its entirety.

2) UNation must pay to Boustead pre-award interest on the Award's grant of $669,684.33. The amount of pre- and post-award interest due from the date of the Award, August 16, 2019, to March 20, 2023, is $192,428.74.

3) The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 7, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties